# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### TYLER DIVISION

|  |  |  |
|---|---|---|
| **TRITON IP, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 6:06-CV-192 (LED)** |
| **MICROSOFT CORPORATION, ET. AL.,** | § § | **JURY DEMANDED** |
| **Defendants.** | § § | |

## TRITON IP, LLC'S REPLY TO ORACLE CORPORATION AND SIEBEL SYSTEMS, INC.'S COUNTERCLAIMS

TRITON IP, LLC ("Triton"), plaintiff in the above-entitled and numbered civil action,

files its reply to Oracle Corporation ("Oracle") and Siebel Systems, Inc.'s ("Siebel")

counterclaims filed on August 7, 2006, and states as follows:

26.    Triton admits the allegations in paragraph 26.

27.    Triton admits the allegations in paragraph 27.

28.    Triton admits the allegations in paragraph 28.

29.    Triton admits the allegations in paragraph 29.

30.    Triton admits the allegations in paragraph 30.

31.    Triton admits the allegations in paragraph 31.

32.    Triton admits the allegations in paragraph 32.

33.    Triton admits the allegation in paragraph 33 that an actual controversy exists.

34.    Oracle and Siebel incorporated by reference their allegations regarding

"paragraphs 1 through 8 of Section III of this Answer," which require no reply.

35.    Triton admits the allegations in paragraph 35.

36.    Triton admits the allegations in paragraph 36.

37.    Triton denies the allegations in paragraph 37.

38.    Oracle and Siebel incorporated by reference their allegations regarding

"paragraphs 1 through 8 of Section III of this Answer," which require no reply.

39.    Triton admits the allegations in paragraph 39.

40.    Triton denies the allegations in paragraph 40.

41.    Oracle and Siebel demanded a jury trial, which require no reply.

## REPLY TO "RELIEF DEMANDED"

Triton denies that Oracle and Siebel are entitled to any relief whatsoever, and, therefore, denies their requests for relief in their entirety.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Triton requests the following relief:

a.    The dismissal of Oracle and Siebel's counterclaims for declaratory relief;

b.    Judgment finding that Oracle and Siebel infringes the patents subject to this suit;

c.    Judgment finding that the patents subject to this suit are valid and enforceable;

d.    An award of Triton's attorney's fees and costs, together with pre-judgment and post-judgment interest in the maximum amount provided by law; and

e.    All other relief to which Triton may be entitled.

Respectfully submitted,

_____
Danny L. Williams – Attorney in Charge
State Bar No. 21518050
J. Mike Amerson
State Bar No. 01150025
Ruben S. Bains
State Bar No. 24001678
**Williams, Morgan & Amerson, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713)934-4060
Facsimile: (713) 934-7011
E-mail:  danny@wma.law.com
E-mail:  mike@wma.law.com

David M. Pridham
R.I. State Bar No. 6625
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 234-0507
Facsimile: (903) 234-2519
E-mail:  david@ipnav.com

Eric M. Albritton
State Bar No. 00790215
J. Scott Hacker
State Bar No. 24027065
**Albritton Law Firm**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
Email: ema@emafirm.com
Email: jsh@emafirm.com

T. John Ward, Jr.
State Bar No. 00794818
**Law Office of T. John Ward, Jr. P.C.**
P.O. Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@jwfirm.com

ATTORNEYS FOR PLAINTIFF
TRITON IP, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 28th day of August, 2006.

_____
Eric M. Albritton