IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| TRITON IP, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MICROSOFT CORPORATION, ET. AL., § <br> § <br> Defendants. § | Civil Action No. 6:06-CV-192 (LED) <br><br> JURY DEMANDED |

**TRITON IP, LLC'S REPLY TO SAP AG AND
SAP AMERICA, INC.'S COUNTERCLAIMS**

TRITON IP, LLC ("Triton"), plaintiff in the above-entitled and numbered civil action, files its reply to SAP AG AND SAP America, Inc.'s (collectively "SAP") counterclaims filed on August 7, 2006, and states as follows:

1. SAP incorporated by reference its answers and affirmative defenses, which require no reply.

2. Triton admits the allegations in paragraph 2.

3. Triton admits the allegations in paragraph 3.

4. Triton admits the allegations in paragraph 4.

5. Triton admits the allegations in paragraph 5.

6. Triton admits the allegations in paragraph 6.

7. Triton admits the allegation in paragraph 7 that an actual controversy exists.

8. Triton denies the allegations in paragraph 8.

9. Triton admits the allegation in paragraph 9 that an actual controversy exists.

10. Triton denies the allegations in paragraph 10.

11. Triton admits the allegation in paragraph 11 that an actual controversy exists.

12. Triton denies the allegations in paragraph 12.

13. Triton denies the allegations in paragraph 13.

### REPLY TO "RELIEF DEMANDED"

14. Triton denies that SAP is entitled to any relief whatsoever, and, therefore, denies SAP's requests for relief in its entirety.

### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Triton requests the following relief:

a. The dismissal of SAP's counterclaims for declaratory relief;

b. Judgment finding that SAP infringes the patents subject to this suit;

c. Judgment finding that the patents subject to this suit are valid and enforceable;

d. An award of Triton's attorney's fees and costs, together with pre-judgment and post-judgment interest in the maximum amount provided by law; and

e. All other relief to which Triton may be entitled.

Respectfully submitted,

_____
Danny L. Williams – Attorney in Charge
State Bar No. 21518050
J. Mike Amerson
State Bar No. 01150025
Ruben S. Bains
State Bar No. 24001678
**Williams, Morgan & Amerson, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713)934-4060
Facsimile: (713) 934-7011
E-mail:  danny@wma.law.com
E-mail:  mike@wma.law.com

David M. Pridham
R.I. State Bar No. 6625
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 234-0507
Facsimile: (903) 234-2519
E-mail:  david@ipnav.com

Eric M. Albritton
State Bar No. 00790215
J. Scott Hacker
State Bar No. 24027065
**Albritton Law Firm**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
Email: ema@emafirm.com
Email: jsh@emafirm.com

3

>T. John Ward, Jr.
>State Bar No. 00794818
>**Law Office of T. John Ward, Jr. P.C.**
>P.O. Box 1231
>Longview, Texas 75606
>Telephone: (903) 757-6400
>Facsimile: (903) 757-2323
>Email: jw@jwfirm.com
>
>ATTORNEYS FOR PLAINTIFF
>TRITON IP, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 28th day of August, 2006.

_____
Eric M. Albritton